In The United States Bankruptcy Court
For The Western District of Louisiana
"Lake Charles Division"

In re:  DAVID AND KATHERINE BRISCOE                              Case No: 15-21153
Debtors                                                                                    Chapter 13

## THIRD AMENDED CHAPTER 13 PLAN BEFORE CONFIRMATION

The Debtors will pay $200.00 per month to the Trustee in months one through four of the plan. In months five through sixty the debtors will pay $290.00 per month to the Trustee. The debtors submit all future income to the supervision and control of the trustee during this case. Additionally, debtors dedicate any tax refunds received for the 2015, 2016 and 2017 tax years to the supervision and control of the Trustee. From the sums so received the Trustee shall make disbursements as follows:

1. **Administrative claims:**

   The trustee shall disburse dividends on administrative claims as soon as funds therefore become available.
   a. The Trustee shall receive *10%* of the monthly Plan payment for administration of the bankruptcy estate of the debtor(s);
   b. Romelzy Willis, Jr. has an attorney fee balance of *$2,800.00* for the filing of the Bankruptcy Petition, schedules and Plan.

2. **Secured Claims:**

   After payment of the Class 1, administrative claims, the Trustee shall make payments to the creditors named in this paragraph whose claims are secured by real or moveable property unless said property is being surrendered or direct payments are to be made directly to said creditor. Each of the following secured claims, if allowed, shall be paid through the plan, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

   a) ***CREDIT ACCEPTANCE*** has a mortgage on a 2006 Chrysler PT Cruiser in the amount of $9,100.60 to be paid at 5.25% per annum interest. Creditor will receive adequate protection payments in the amount of $100.00 per month beginning in month one of the plan and continuing until all attorney fees are paid in full. The Trustee will not disperse adequate protections payment until and unless the plan is confirmed.

   b) ***CITIFINANCIAL*** has a mortgage on the debtor's house and the debtors will continue to make direct monthly payments to the creditor.

   c) ***HARBOR LOANS*** has a mortgage with a fair market secured value in the amount of $1,200.00 on various household items to be paid at 5% per annum interest.

3. **Priority Claims:**

After payment of the Class 1, administrative claims, the Trustee shall make payments, <u>infra</u>, of the following priority creditors on a pro-rata basis, until paid in full:

*NONE*

**4. Unsecured Claims:**

All other creditors not schedule above are deemed unsecured without priority and shall be paid pro rata from funds remaining after payment of above scheduled claims. Debtor(s) estimate the unsecured claims to total ***$42,639.00*** and proposes to provide a payment of at least 0%.

**5. Other Provisions:**

a. Title to debtor's property will revest at confirmation;
b. Insurance to protect those creditors having secured claims will be provided;
c. Pursuant to 11 USCA 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Dated: March 31, 2016                     /s/ Romelzy Willis, Jr.
                                          Romelzy Willis, Jr. (27689)
                                          217 West 6th Avenue
                                          P.O. Box 1368
                                          Oberlin, La. 70655
                                          Phone: (337) 639-4600
                                          Fax: (337) 639-4697